No. 12.   Desist et al. *v.* United States, 394 U. S. 244; and

No. 732, Misc.   Rich *v.* United States, 394 U. S. 993. Petitions for rehearing denied.   Mr. Justice Marshall took no part in the consideration or decision of these petitions.

May 27, 1969.

No. 1674, Misc.   Fear *v.* Pennsylvania et al.   C. A. 3d Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

June 2, 1969.

No. 1101.   Brotherhood of Locomotive Firemen & Enginemen *v.* Elgin, Joliet & Eastern Railway Co.   C. A. 7th Cir.   Joint motion to defer consideration of petition for certiorari granted.   *Alex Elson* for petitioner and *Harlan L. Hackbert* for respondent on the motion.

No. 1843, Misc.   Lifschutz *v.* Arabian et al.   D. C. N. D. Cal.   Motions of California State Psychological Assn. and American Psychiatric Assn. for leave to file briefs as *amici curiae* granted.   Motion for leave to file petition for writ of mandamus and/or certiorari denied. *Kurt W. Melchior* for petitioner.   *Warren E. Magee* for American Psychiatric Assn., in support of the petitioner.